**DLA PIPER LLP (US)**
Anthony Todaro, OSB No. 150714
anthony.todaro@us.dlapiper.com
David Freeburg, OSB No. 180984
david.freeburg@us.dlapiper.com
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel. (206) 839-4800

*Counsel for Defendant Japan Nuscale Innovation, LLC*

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| JOHN J. SURINA, JR., trustee of the Elizabeth Sophia Surina Trust and Nicholas William Surina Trust; BRUCE LANDREY, an individual; PAUL LORENZINI, an individual; RICHARD SANDVIK, an individual; EDWARD G. WALLACE, an individual; JACK A. BAILEY, an individual; GARY CARL BARBOUR, an individual; PAUL D. BENNETT, an individual; JAMES E. CARTER, an individual; CHARLES MARCINKIEWICZ, trustee of the Charles & Kathleen Marcinkiewicz Trust; MICHAEL S. KCGOUGH, an individual; CHRISTOPHER RUNCKEL, an individual; and JOE CLAYTON TURNAGE, an individual; on behalf of themselves and all others similarly situated,<br>         Plaintiffs,<br><br>v.<br><br>NUSCALE POWER, LLC, an Oregon limited liability company; FLOUR ENTERPRISES, INC., a California corporation; JAPAN NUSCALE INNOVATION, LLC, a Delaware limited liability company; SARGENT & LUNDY NUHOLDINGS, LLC, an Illinois limited liability company,<br><br>         Defendants. | Civil Action No.: 3:22-cv-01410<br><br>**DEFENDANT JAPAN NUSCALE INNOVATION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, Defendant Japan NuScale Innovation, LLC, by and through its attorneys, certifies that it is a limited liability company whose members are citizens of Delaware, New York, Texas, and Japan.

JGC Holdings Corporation (ticker: JGCCY) and IHI Corporation (ticker: IHICY) are publicly held corporations that each hold direct or indirect ownership of more than 10% of the limited liability company interests in Japan NuScale Innovation, LLC.

Respectfully submitted:  October 20, 2022         DLA PIPER LLP (US)

By: */s/ Anthony Todaro*
Anthony Todaro, OSB No. 150714
anthony.todaro@us.dlapiper.com
David Freeburg, OSB No. 180984
david.freeburg@us.dlapiper.com
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel. (206) 839-4800

*Counsel for Defendant Japan Nuscale Innovation, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated this 20th day of October, 2022.

*/s/ Jacey Bittle*
Jacey Bittle, Legal Practice Specialist
