B. John Casey, OSB No. 120025
john.casey@stoel.com
Jacob Goldberg, OSB No. 162565
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Attorneys for Defendant NuScale Power, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN J. SURINA, JR., trustee of the Elizabeth Sophia Surina Trust and Nicholas William Surina Trust; BRUCE LANDREY, an individual, PAUL LORENZINI, an individual, RICHARD SANDVIK, an individual; EDWARD G. WALLACE, an individual; JACK A. BAILEY, an individual; GARY CARL BARBOUR, an individual; PAUL D. BENNETT, an individual; JAMES E. CARTER, an individual; CHARLES MARCINKIEWICZ, trustee of the Charles & Kathleen Marcinkiewicz Trust; MICHAEL S. MCGOUGH, an individual; CHRISTOPHER RUNCKEL, an individual; and JOE CLAYTON TURNAGE, an individual, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br> v. | Case No.: 3:22-cv-01410-YY <br><br> CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NUSCALE POWER, LLC |

Page 1 -   CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NUSCALE POWER, LLC

117189489.1 0034163-00087

NUSCALE POWER, LLC, an Oregon limited liability company, FLUOR ENTERPRISES, INC., a California corporation; JAPAN NUSCALE INNOVATION, LLC, a Delaware limited liability company; SARGENT & LUNDY NUHOLDINGS, LLC, an Illinois limited liability company,

          Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NuScale Power, LLC ("NuScale") states that Fluor Corporation owns 10 percent or more of NuScale, and NuScale is a wholly controlled subsidiary of NuScale Power Corporation. No other parent corporation or publicly held corporation owns 10 percent or more of NuScale's equity.

DATED: October 26, 2022.

          STOEL RIVES LLP

          */s/ B. John Casey*
          B. JOHN CASEY, OSB No. 120025
          john.casey@stoel.com
          JACOB GOLDBERG, OSB No. 162565
          jacob.goldberg@stoel.com
          Telephone: 503.224.3380

          Attorneys for Defendant NuScale Power, LLC

Page 2 - CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NUSCALE POWER, LLC