## NUSCALE POWER,

## LLC UNIT OPTION

## AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and **Jack Bailey** (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of **150,000** common units at a purchase price of **$0.59** per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is **February 14, 2018**. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is **March 1, 2017**. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**

By: _____

Name: John J. Surina, Jr.
Title: Chief Financial Officer
6650 SW Redwood Lane, #210
Portland, OR 97224

**Optionee**

By: _____

Jack Bailey

1317 Brow Estates Drive
Signal Mountain, TN 37377

EXHIBIT 4
Page 1 of 12

## NUSCALE POWER, LLC

## UNIT OPTION AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and Jack A. Bailey (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of 100,000 common units at a purchase price of $0.56 per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is February 19, 2016. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is August 1, 2015. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**

By: _____
John Surina, Jr.

Chief Financial Officer

6650 SW Redwood Lane, #210

Portland, OR 97224

**Optionee**

By: _____
Jack A. Bailey

1317 Brow Estates Drive

Signal Mountain, TN 37377

EXHIBIT 4
Page 2 of 12

## NUSCALE POWER, LLC

## UNIT OPTION AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and Jack A. Bailey (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of 100,000 common units at a purchase price of $0.45 per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is August 5, 2015. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is June 1, 2015. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**                    **Optionee**

By: _____              By: _____

John Surina, Jr.                          Jack A. Bailey

Chief Financial Officer

6650 SW Redwood Lane, #210                1317 Brow Estates Drive

Portland, OR 97224                        Signal Mountain, TN 37377

EXHIBIT 4
Page 3 of 12

## NUSCALE POWER,

## LLC UNIT OPTION

## AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and **Charles Marcinkiewicz** (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of **90,000** common units at a purchase price of **$0.59** per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is **February 14, 2018**. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is **March 1, 2017**. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**

By: _____

Name: John J. Surina, Jr.
Title: Chief Financial Officer
6650 SW Redwood Lane, #210
Portland, OR 97224

**Optionee**

By: _____

Charles Marcinkiewicz

6455 Southwest Nyberg Lane Apt. G208
Tualatin, OR 97062

215 Torrey Pines Point
Naples, FL 34113

EXHIBIT 4
Page 4 of 12

## NUSCALE POWER, LLC

## UNIT OPTION AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and Charles J. Marcinkiewicz (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of 40,000 common units at a purchase price of $0.56 per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is February 19, 2016. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is August 1, 2015. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

| | |
|---|---|
| **NuScale Power, LLC** | **Optionee** |
| By: _[signature]_ | By: _[signature]_ |
| John Surina, Jr. | Charles J. Marcinkiewicz |
| Chief Financial Officer | |
| 6650 SW Redwood Lane, #210 | 4660 SW Saum Way |
| Portland, OR 97224 | Tualatin, OR 97062 |

EXHIBIT 4
Page 5 of 12

## NUSCALE POWER, LLC

## UNIT OPTION AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and Charles J. Marcinkiewicz (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of 25,000 common units at a purchase price of $0.12 per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is February 26, 2014. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is March 1, 2014. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**                        **Optionee**

By: _____        By: _____

John Surina, Jr.                                      Charles J. Marcinkiewicz

Chief Financial Officer

6650 SW Redwood Lane, #210            5425 Jacks Court

Portland, OR 97224                              Catonsville, MD 21228

EXHIBIT 4
Page 6 of 12

**NUSCALE POWER, LLC**

**UNIT OPTION AGREEMENT**

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and Michael McGough (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of 1,000,000 common units at a purchase price of $0.56 per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is February 19, 2016. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is August 1, 2015. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**                                   **Optionee**

By: _____                          By: _____

John Surina, Jr.                                         Michael McGough

Chief Financial Officer

6650 SW Redwood Lane, #210                               12537 Wexcroft Lane

Portland, OR 97224                                       Alpharetta, GA 30009

EXHIBIT 4
Page 7 of 12

## NUSCALE POWER, LLC

## UNIT OPTION AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and MICHAEL MCGOUGH (the "Optionee"), pursuant to the Company's 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of 300,000 common units at a purchase price of $0.14 per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is March 23, 2012. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is January 1, 2012. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**                              **Optionee**

By: _____                         _____
Name: Paul Lorenzini                                Michael McGough
Title:   President and CEO

6650 SW Redwood Lane, #210                          1130 NW 12TH AVE, APT 418
                                                    [address]

Portland, OR 97224                                  PORTLAND, OR 97209



# NUSCALE POWER, LLC

## UNIT OPTION AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and **MICHAEL MCGOUGH** (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of 260,000 common units at a purchase price of $0.11 per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is 9/13/2013. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is 9/1/2013. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**                               **Optionee**

By: _____                          _____
Name: John J. Surina, Jr.                           Name: Michael McGough
Title: Chief Financial Officer

6650 SW Redwood Lane, #210                          12537 WEXCROFT LANE
Portland, OR 97224                                  [address]
                                                    ALPHARETTA           GA-    30009
                                                    [City]              [St]   [Zip]

71407086.1 0034163-00001

EXHIBIT 4
Page 9 of 12

# NUSCALE POWER, LLC

# UNIT OPTION AGREEMENT



This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and **JOHN SURINA, JR** (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of 1,032,000 common units at a purchase price of $0.11 per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is 9/13/2013. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is 4/1/2013. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**                     **Optionee**

By: _____              _____
Name:  John J. Surina, Jr.                Name:  John J. Surina, Jr.
Title:  Chief Financial Officer

6650 SW Redwood Lane, #210                 15193 Boones Way
Portland, OR 97224                         [address]
                                           Lake Oswego         OR    97035
                                           [City]              [St]  [Zip]

71407086.1 0034163-00001

EXHIBIT 4
Page 10 of 12

## NUSCALE POWER,

## LLC UNIT OPTION

## AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and **John Surina** (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1.  **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of **3,466,800** common units at a purchase price of **$0.59** per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2.  **Grant Date; Expiration Date.** The Grant Date for this Option is **February 14, 2018**. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3.  **Exercise of Option.** The Vesting Reference Date of this Option is **March 1, 2017**. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

| NuScale Power, LLC | Optionee |
|---|---|
| By: _____ | By: _____ |
| Name: John J. Surina, Jr. | John Surina |
| Title: Chief Financial Officer | |
| 6650 SW Redwood Lane, #210 | 13366 Boones Ferry Road |
| Portland, OR 97224 | Lake Oswego, OR 97035 |

**EXHIBIT 4**
**Page 11 of 12**

## NUSCALE POWER, LLC

## UNIT OPTION AGREEMENT

This AGREEMENT is between NuScale Power, LLC, an Oregon limited liability company (the "Company"), and John J. Surina Jr. (the "Optionee"), pursuant to the Company's Amended and Restated 2011 Equity Incentive Plan (the "Plan"). The Company and the Optionee agree as follows:

1. **Option Grant.** The Company grants to the Optionee on the terms and conditions of this Agreement the right and the option (the "Option") to purchase all or any part of 1,200,000 common units at a purchase price of $0.56 per unit. The terms and conditions of the Option grant set forth in attached Exhibit A are incorporated into and made a part of this Agreement. The Option will not be treated as an Incentive Stock Option as defined in Section 422 of the Internal Revenue Code of 1986, as amended.

2. **Grant Date; Expiration Date.** The Grant Date for this Option is February 19, 2016. The Option shall continue in effect until the tenth anniversary of the Grant Date (the "Expiration Date") unless earlier terminated as provided in Sections 2, 6 or 7 of Exhibit A. The Option shall not be exercisable on or after the Expiration Date.

3. **Exercise of Option.** The Vesting Reference Date of this Option is August 1, 2015. The Option will become exercisable in accordance with Section 1 of Exhibit A.

The parties have executed this Agreement in duplicate as of the Grant Date.

**NuScale Power, LLC**                                **Optionee**

By: _____            By: _____
John Surina, Jr.                                     John J. Surina Jr.

Chief Financial Officer

6650 SW Redwood Lane, #210                  15193 Boones Way

Portland, OR 97224                                  Lake Oswego, OR 97035

EXHIBIT 4
Page 12 of 12