IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| BRUCE LANDREY, an individual, PAUL LORENZINI, an individual, RICHARD SANDVIK, an individual, JOHN J. SURINA, JR., an individual and EDWARD WALLACE, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NUSCALE POWER, LLC, an Oregon limited liability company,<br><br>　　　　Defendant. | Case No.: 22CV13859<br><br>**GENERAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Based on the Notice of Voluntary Dismissal of Action submitted herewith, it is hereby:

ADJUDGED that the claims in the above-captioned matter are hereby dismissed without prejudice and without an award of attorney fees, costs or disbursements to or for any party.

IT IS HEREBY ORDERED:

10/6/2022 4:44:25 PM

_____
Circuit Court Judge, Theodore E. Sims
By Deputy Clerk: [signature]

SUBMITTED BY:

By: s/Timothy S. DeJong
　　**Keith A. Ketterling**, OSB No. 913368
　　kketterling@stollberne.com
　　**Timothy S. DeJong**, OSB No. 940662
　　tdejong@stollberne.com

Telephone:　(503) 227-1600

Attorneys for Plaintiffs

PAGE 1 – **GENERAL JUDGMENT OF DISMISSAL**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

**EXHIBIT 6**
**Page 1 of 3**

**UTCR 5.100 CERTIFICATE OF READINESS**

In accordance with UTCR 5.100(1) & (2), I hereby certify that the foregoing **GENERAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** is ready for judicial signature because:

☐ Each party affected by this order or judgment has stipulated to the order or judgment, as shown by each party's signature on the document being submitted.

☒ Each party affected by this order or judgment has approved the order or judgment, as shown by each party's signature on the document being submitted or by written confirmation of approval sent to me.

☐ I have served a copy of this order or judgment on each party entitled to service and:

    ☐ No objection has been served on me.

    ☐ I received objections that I could not resolve with a party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.

    ☐ After conferring about objections, Defendants agreed to independently file any remaining objection.

☐ Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise.

☐ This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (5) of this rule.

☐ Other: _____

DATED this 6th day of October, 2022.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Timothy S. DeJong
    **Keith A. Ketterling**, OSB No. 913368
    **Timothy S. DeJong**, OSB No. 940662

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:	(503) 227-1600
Facsimile:	(503) 227-6840
Email:	kketterling@stollberne.com
	tdejong@stollberne.com

Attorneys for Plaintiffs

PAGE 2 – **GENERAL JUDGMENT OF DISMISSAL**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

**EXHIBIT 6**
Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a correct copy of the foregoing **GENERAL JUDGMENT OF DISMISSAL** on the following named person(s) on the date and manner indicated below, addressed to said person(s) at the address of each shown below per UTCR 21.100 as follows:

| | |
|---|---|
| B. John Casey<br>Stoel Rives LLP<br>760 SW Ninth Ave., Suite 3000<br>Portland, OR 97205<br>Email: john.casey@stoel.com<br><br>**Attorney for Defendant** | [ ] By Hand Delivery<br>[ ] By Overnight Delivery<br>[ ] By Facsimile Pursuant to ORCP 9 F<br>[ ] By U.S. Mail with postage prepaid<br>[✓] By E-Mail Pursuant to ORCP 9 G<br>[✓] Electronically by OJD E-File & Serve at the party's email address as recorded on the date of service in the eFiling system pursuant to UTCR 21.100. |

DATED this 6th day of October, 2022.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Timothy S. DeJong
   **Keith A. Ketterling**, OSB No. 913368
   **Timothy S. DeJong**, OSB No. 940662

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: kketterling@stollberne.com
       tdejong@stollberne.com

Attorneys for Plaintiffs

Page 1 - **CERTIFICATE OF SERVICE**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

**EXHIBIT 6**
**Page 3 of 3**