**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
**Keith A. Ketterling**, OSB No. 913368
Email: kketterling@stollberne.com
**Lydia Anderson-Dana**, OSB No. 166167
Email: landersondana@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN J. SURINA, JR., trustee of the Elizabeth Sophia Surina Trust and Nicholas William Surina Trust; BRUCE LANDREY, an individual; PAUL LORENZINI, an individual; RICHARD SANDVIK, an individual; EDWARD G. WALLACE, an individual; JACK A. BAILEY, an individual; GARY CARL BARBOUR, an individual; PAUL D. BENNETT, an individual; JAMES E. CARTER, an individual; CHARLES MARCINKIEWICZ, trustee of the Charles & Kathleen Marcinkiewicz Trust; MICHAEL S. MCGOUGH, an individual; CHRISTOPHER RUNCKEL, an individual; and JOE CLAYTON TURNAGE, an individual; on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v. | Case No. 3:22-cv-01410-YY<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL TO EXCEED PAGE LIMITATIONS**<br><br>**<u>EXPEDITED CONSIDERATION REQUESTED</u>** |

NUSCALE POWER, LLC, an Oregon limited liability company; FLUOR ENTERPRISES, INC., a California corporation; JAPAN NUSCALE INNOVATION, LLC, a Delaware limited liability company; SARGENT & LUNDY NUHOLDINGS, LLC, an Illinois limited liability company,

          Defendants.

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Pursuant to Local Rule 7-1(a), counsel for Plaintiffs certify that they conferred with counsel for Defendants, and Defendants do not oppose this Motion.

## MOTION

Pursuant to LR 7-2(b)(1), Plaintiffs request approval to file a single, omnibus response to the three motions to dismiss filed by Defendants [Dkt. Nos. 18, 21 and 22].  <u>Plaintiffs request approval to file a single response that will not exceed 50 pages in length</u>.

This request is reasonable in light of the 71 pages of briefing collectively filed by Defendants in support of their motions.  Plaintiffs would be allowed, pursuant to Local Rule 7-2, to file three responses of 35 pages each.  A single, over-length brief is more efficient and economical, and is appropriate in light of the related and overlapping arguments made by Defendants.

DATED this 13th day of January, 2023.

          STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Timothy S. DeJong
    **Timothy S. DeJong**, OSB No. 940662
    **Keith A. Ketterling**, OSB No. 913368
    **Lydia Anderson-Dana**, OSB No. 166167

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:    (503) 227-1600
Email:    tdejong@stollberne.com
          kketterling@stollberne.com
          landersondana@stollberne.com

**Attorneys for Plaintiffs**

Page 1 – **PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL TO EXCEED PAGE LIMITATIONS**