IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN J. SURINA, JR, trustee of the Elizabeth Sophia Surina Trust and Nicholas William Surina Trust; BRUCE LANDREY, an individual; PAUL LORENZINI, an individual; RICHARD SANDVIK, an individual; EDWARD G. WALLACE, an individual; JACK A. BAILEY, an individual; GARY CARL BARBOUR, an individual; PAUL D. BENNETT, an individual; JAMES E. CARTER, an individual; CHARLES MARCINKIEWICZ, trustee of the Charles & Kathleen Marcinkiewicz Trust; MICHAEL S. MCGOUGH, an individual; CHRISTOPHER RUNCKEL, an individual; and JOE CLAYTON TURNAGE, an individual; on behalf of themselves and all others similarly situated,

        Plaintiffs,

  v.

NUSCALE POWER, LLC, an Oregon limited liability company; FLUOR ENTERPRISES, INC., a California corporation; JAPAN NUSCALE INNOVATION, LLC, a Delaware limited liability company; SARGENT & LUNDY NUHOLDINGS, LLC, an Illinois limited liability company,

        Defendants.

No. 3:22-cv-01410-YY

ORDER

1 – ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation on May 22, 2024, in which she recommends that the Court deny Plaintiffs' Motion to Amend Complaint. F&R, ECF 71. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [71]. Accordingly, Plaintiffs' Motion to Amend Complaint [63] is DENIED.

IT IS SO ORDERED.

DATED: _____June 23, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER