TIMOTHY S. DEJONG, OSB No. 940662
tdejong@stollberne.com
KEITH A. KETTERLING, OSB No. 913368
kketterling@stollberne.com
LYDIA ANDERSON-DANA, OSB No. 166167
landersondana@stollberne.com
EMILY JOHNSON, OSB No. 183791
ejohnson@stollberne.com

*Attorneys for Plaintiffs*

B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
NICHOLAS R. BOTTCHER, OSB No. 245683
nicholas.bottcher@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Defendant NuScale Power, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOHN J. SURINA, JR., trustee of the Elizabeth Sophia Surina Trust and Nicholas William Surina Trust; BRUCE LANDREY, an individual, PAUL LORENZINI, an individual, RICHARD SANDVIK, an individual; EDWARD G. WALLACE, an individual; JACK A. BAILEY, an individual; GARY CARL BARBOUR, an individual; PAUL D. BENNETT, an individual; JAMES E. CARTER, an individual; CHARLES MARCINKIEWICZ, trustee of the Charles & Kathleen Marcinkiewicz Trust; MICHAEL S. McGOUGH, an individual; CHRISTOPHER RUNCKEL, an individual; on behalf of

Case No.: 3:22-cv-01410-YY

STIPULATION FOR DISMISSAL WITH PREJUDICE

themselves and all others similarly situated,

Plaintiffs,

v.

NUSCALE POWER, LLC, an Oregon limited liability company,

Defendant.

Plaintiffs John J. Surina, Jr.; Bruce Landrey; Paul Lorenzini; Richard Sandvik; Edward G. Wallace; Jack A. Bailey; Gary Carl Barbour; Paul D. Bennett; James E. Carter; Charles Marcinkiewicz; Michael S. McGough; Christopher Runckel; and Joe Clayton Turnage (collectively "Plaintiffs") and Defendant NuScale Power, LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal of this action as follows: All claims of Plaintiffs are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: February 14, 2025

STOLL STOLL BERNE LOKTING & SCHLACHTER P.C.

*s/Timothy S. DeJong*
TIMOTHY S. DEJONG, OSB No. 940662
tdejong@stollberne.com
KEITH A. KETTERLING, OSB No. 913368
kketterling@stollberne.com
LYDIA ANDERSON-DANA, OSB No. 166167
landersondana@stollberne.com
EMILY JOHNSON, OSB No. 183791
ejohnson@stollberne.com

*Attorneys for Plaintiffs*

STOEL RIVES LLP

*s/B. John Casey*
B. JOHN CASEY, OSB No. 120025
john.casey@stoel.com
JACOB GOLDBERG, OSB No. 162565
jacob.goldberg@stoel.com
NICHOLAS R. BOTTCHER, OSB No. 245683
nicholas.bottcher@stoel.com

*Attorneys for Defendant NuScale Power, LLC*